IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EDGAR LEIVA,**

      **Plaintiff,**

**v.**                                                               **No. 15-cv-0040 SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

      **Defendant.**

## JUDGMENT

Having denied Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum [Doc. 21] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**